NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT KWIATKOWSKI,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF PATERSON, et al.<br><br>Defendants. | Civil Action No. 11-3218 (JLL) (MAH)<br><br>ORDER |

**LINARES**, District Judge.

This matter comes before the Court by way of Defendants City of Paterson and Officer Jason English's motions for summary judgment pursuant to Federal Rule of Civil Procedure 56. For the reasons set forth in the Court's corresponding Opinion,

**IT IS** on this 21 day of October, 2013,

**ORDERED** that Defendant City of Paterson's motion for summary judgment (ECF No. 44) is **GRANTED**. Thus, this case is closed as to the City of Paterson only; and it is further

**ORDERED** that Defendant Officer Jason English's motion for summary judgment (ECF No. 45) is **DENIED**.

**IT IS SO ORDERED.**

JOSE L. LINARES
U.S. DISTRICT JUDGE

1