**NOT FOR PUBLICATION**                                                                             **CLOSED**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT KWIATKOWSKI,<br><br>              Plaintiffs,<br>v.<br><br>CITY OF PATERSON,<br><br>              Defendant. | Civil Action No.: 11-3218 (JLL)<br><br><br>**ORDER** |

**THIS MATTER** comes before the Court by way of United States Magistrate Judge Joseph A. Dickson's September 19, 2014 Order to Show Cause directing Plaintiff to show cause why this Court should not dismiss this action for failure to prosecute. Magistrate Judge Dickson filed a Report and Recommendation in connection with said Order to Show Cause on October 17, 2014 [Entry No. 67], pursuant to 28 U.S.C. § 636 (b)(1)(B). In particular, Magistrate Judge Dickson recommended that Plaintiff's Complaint be dismissed with prejudice for failure to prosecute this action. To date, the Court has received no objections with respect to Magistrate Judge Dickson's October 17, 2014 Report and Recommendation, and for good cause shown,

      **IT IS** on this **5th day of November, 2014**,

      **ORDERED** that the Report and Recommendation of Magistrate Judge Dickson, filed on October 17, 2014 [Docket Entry No. 65], is hereby **ADOPTED** as the findings of fact and conclusions of law of this Court; and it is further

      **ORDERED** that Plaintiff's Complaint is hereby dismissed with prejudice pursuant to, *inter alia,* Federal Rule of Civil Procedure 41(b) for failure to prosecute.

      **IT IS SO ORDERED.**

                                                                Jose L. Linares<br>
                                                                United States District Judge